Orville ARNETT, Plaintiff—Appellant,

v.

Raphael J. GRANT, Defendant—
Appellee,

and

Prince George's County; Anthony M. Mileo; Wayne Curry, County Executive for Prince George's County, Maryland, Defendants.

No. 04–2044.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 28, 2005.

Decided Feb. 23, 2005.

Orville Arnett, Appellant pro se. Krystal Quinn Alves, Kristin Marie Hileman Adams, Office of Law for Prince George's County, Upper Marlboro, Maryland, for Appellee.

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Orville Arnett appeals the district court's order dismissing this action arising out of Arnett's arrest. We have reviewed the record and find no reversible error.

Accordingly, we affirm for the reasons stated by the district court. *See Arnett v. Grant,* No. CA-02-3861-AW (D. Md. filed July 29, 2004; entered July 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*